GEORGE WILLIAM WOLFF (Bar # 81126)
MEGAN DAILEY (Bar # 221574)
Law Office of George W. Wolff & Assoc.
655 Montgomery Street, Suite 940
P.O. Box 26749
San Francisco, CA  94126-6749
Telephone (415)788-1881
Telecopier:(415)788-0880

Attorneys for Defendants SHAMROCK CONCRETE CONSTRUCTION, INC., a corporation, and JOSEPH PATRICK MOLLOY, an individual,

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>v.<br><br>SHAMROCK CONCRETE CONSTRUCTION, INC., a corporation, and JOSEPH PATRICK MOLLOY, an individual. | CIVIL ACTION, FILE NO.:<br>C 05 4384 MMC<br><br>Assigned District Judge:<br>Maxine M. Chesney<br><br>[Proposed] Order on DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF RE: REQUEST FOR EXTENSION OF DEADLINE FOR MEDIATION SESSION<br><br>Local Rule 7-11 |

    Defendants have filed an unopposed motion for administrative relief to request that the April 25, 2006 deadline for mediation be extended until June 13, 2006.  Based on the parties' agreement and for good cause shown, the Court hereby GRANTS

1 | Defendants' motion and extends the April 25, 2006 deadline to complete mediation of
2 | this matter to June 13, 2006.
3 |     SO ORDERED.
4 |
5 | Dated:   April 26, 2006

                                          _____
                                          HON. MAXINE M. CHESNEY
                                          United States District Judge