1 | James P. Watson (SBN 046127)
    Bruce K. Leigh (SBN 129753)
2 | Anne M. Bevington (SBN 111320)
    STANTON, KAY & WATSON, LLP
3 | 101 New Montgomery, Fifth Floor
    San Francisco, CA  94105
4 | Telephone:   (415) 512-3501
    Facsimile:    (415) 512-3515
5 | E-mail: AnneB@skwsf.com

6 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                    Plaintiffs,<br><br>     v.<br><br>SHAMROCK CONCRETE CONSTRUCTION, INC., a corporation, and JOSPEH PATRICK MOLLOY, an individual,<br><br>                    Defendants. | **Case No. C-05-4384 MMC**<br><br>STIPULATION AND JOINT ADMINISTRATIVE REQUEST FOR CONTINUANCE OF PRETRIAL AND TRIAL DATES; ORDER |

- 1 -
**STIPULATION AND JOINT ADMINISTRATIVE REQUEST FOR CONTINUANCE OF PRETRIAL AND TRIAL DATES; [PROPOSED] ORDER [CASE NO. C-05-4384 MMC]**

1  This action was filed on October 27, 2005. On February 3, 2006, the Court entered its case
2  management order setting, among others, the following dates:
3      COURT TRIAL DATE: Monday, Nov. 6, 2006 at 9:00 a.m.
4      DISPOSITIVE MOTIONS shall be filed no later than Aug. 4, 2006
5      SETTLEMENT CONFERENCE:  30 days prior to the Pretrial Conference.
6      PRETRIAL CONFERENCE DATE: Oct. 24, 2006 at 3:00 p.m.
7      MEET AND CONFER (Civil L.R. 16-10(b)(5): No later than Sept. 18, 2006.
8      FURTHER STATUS CONFERENCE: Friday, Oct. 13, 2006 at 10:30 a.m.
9      FURTHER STATUS CONFERENCE STATEMENT DUE: Friday, Oct. 6, 2006.
10     Plaintiffs filed their motion for summary judgment pursuant to the Court's deadline for
11 dispositive motions, and the hearing on the motion is set for September 22, 2006.
12     The motion is based in part on results of a recent audit by plaintiffs of defendants' books and
13 records. Defendants are in the process of providing further information to the plaintiffs that may
14 clear some of the discrepancies underlying the amount of plaintiffs' claim.  In addition, the
15 defendants have substituted counsel, and the parties are actively engaged in settlement negotiations.
16     To ensure that the plaintiffs are able to take defendants' additional information into account
17 and present the revised claim calculations in supplemental papers in support of their motion, to give
18 defendants' new counsel an adequate opportunity to respond to the motion and, if necessary, to
19 prepare for trial, and to facilitate the settlement process, the parties desire to extend the date of the
20 hearing on the summary judgment motion, as well as the dates of the settlement conference, pretrial
21 meet and confer, pretrial conference and the trial.
22     **THE PARTIES HEREBY STIPULATE AND REQUEST** that the Court amend its
23 Pretrial Preparation Order entered on February 3, 2006, to continue the date for hearing plaintiffs'
24 motion for summary judgment to Friday, October 27, 2006, at 9:00 a.m., with plaintiffs to serve
25 and file their supplemental papers in support of the motion no later than September 22, 2006, and to
26 continue for approximately 90 days, to dates convenient to the Court, the dates of the further status
27 conference, settlement conference, meet and confer, pretrial conference, and trial.
28

- 2 -
**STIPULATION AND JOINT ADMINISTRATIVE REQUEST FOR CONTINUANCE OF PRETRIAL AND TRIAL DATES; [PROPOSED] ORDER [CASE NO. C-05-4384 MMC]**

DATED: August ___ 2006.				STANTON, KAY & WATSON, LLP


By___/s/ **Anne Bevington**_____
    Anne Bevington
Attorneys for Plaintiffs


DATED: August ____, 2006				SIMPSON, GARRITY & INNES


By: _____/s/_____
    Paul V. Simpson
Attorneys for Defendants

## AMENDED PRETRIAL PREPARATION ORDER

THE COURT HAVING CONSIDERED THE PARTIES' STIPULATION AND REQUEST, AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT THE PRETRIAL PREPARATION ORDER BE AMENDED AS FOLLOWS:

COURT TRIAL DATE:				February 5, 2007

PRETRIAL CONFERENCE DATE:			January 23, 2007

MEET AND CONFER (Civil L.R. 16-10(b)(5):	December 18, 2006

SETTLEMENT CONFERENCE shall be held before Magistrate Judge Joseph C. Spero and scheduled to take place no later than 30 days prior to the Pretrial Conference.

HEARING ON PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT:		October 27, 2006

PLAINTIFFS' SUPPLEMENTAL
PAPERS IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT DUE:			September 22, 2006

No further status conference is scheduled.

DATED: September 6, 2006

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT

- 3 -
**STIPULATION AND JOINT ADMINISTRATIVE REQUEST FOR CONTINUANCE OF PRETRIAL AND TRIAL DATES; [PROPOSED] ORDER** [CASE NO. C-05-4384 MMC]