**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO, et al., | No. C-05-4384 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANT JOSEPH PATRICK MOLLOY'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SHAMROCK CONCRETE CONSTRUCTION INC., et al., | |
| Defendants | |

Before the Court is the motion, filed August 4, 2006 by plaintiffs Jose Moreno, Larry Totten, Laborers Vacation-Holiday Trust Fund for Northern California, Laborers Pension Trust Fund for Northern California, and Laborers Training and Retraining Trust Fund for Northern California, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.  Also before the Court is defendant Joseph Patrick Molloy's cross-motion for summary judgment, filed October 6, 2006, pursuant to Rule 56.

Having considered the papers filed in support of and in opposition to the motions, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the October 27, 2006 hearing.

**IT IS SO ORDERED.**

Dated: October 24, 2006

_____
MAXINE M. CHESNEY
United States District Judge