James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA  94105
Telephone:  (415) 512-3501
Facsimile:   (415) 512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>SHAMROCK CONCRETE CONSTRUCTION, INC., a corporation, and JOSPEH PATRICK MOLLOY, an individual,<br><br>    Defendants. | Case No.:  C 05 4384 MMC<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

It is hereby stipulated by and between JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS  PENSION TRUST FUND FOR NORTHERN  CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA ("Plaintiffs"), on the one hand, and SHAMROCK CONCRETE

CONSTRUCTION, INC., a California corporation, and JOSEPH PATRICK MOLLOY, an Individual ("Defendants"), on the other hand, through their respective counsel, as follows:

1. This stipulation is entered into in connection with the settlement of this action. The Settlement Agreement of the parties, executed concurrently with this stipulation, shall be incorporated into the Court's Order for Dismissal, and the Court shall retain jurisdiction of this action for purposes of enforcing the Settlement Agreement, including but not limited to entry of a stipulated judgment against the Defendants;

2. This action shall be dismissed with prejudice, subject to the Court's retention of jurisdiction as described in Paragraph 1, above, each party to bear his/her/its own costs and attorneys' fees except as reflected in the parties' Settlement Agreement.

DATED: January 16, 2007   STANTON, KAY & WATSON, LLP

By: __/s/ Anne Bevington_____
ANNE BEVINGTON
Attorneys for Plaintiffs

DATED: January 12, 2007   SIMPSON, GARRITY & INNES PC

By: __/s/ Paul V. Simpson_____
PAUL V. SIMPSON
Attorneys for Defendants

---

**ORDER FOR DISMISSAL**

IT IS SO ORDERED.

DATED: January 23, 2007

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

F:\CASES\7000\7000.1046 Shamrock\Laborers - Stipulated Dismissal.doc

-2-
**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL [CASE NO. C-05-4384 MMC]**